IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OLIVER AUGUSTA MAYBERRY II
and CONSWELLA FAIR                                                                              PLAINTIFFS

VERSUS                                                           CIVIL ACTION NO. 5:06cv122DCB-MTP

F.C.I. YAZOO CITY COMPLEX (Low)
and GWENDOLYN BOZEMAN                                                                     DEFENDANTS

ORDER

Plaintiff Fair has complied with the order [3-1] of September 18, 2006, by paying the $350.00 filing fee. Since the filing fee has been paid in this civil action, the plaintiffs are responsible for properly serving the defendants in accordance with Rule 4 of the FEDERAL RULES OF CIVIL PROCEDURE. The plaintiffs are warned that if the defendants are not **properly** served in accordance with Rule 4 of the FEDERAL RULES OF CIVIL PROCEDURE in a timely manner as set forth in Rule 4(m) of the FEDERAL RULES OF CIVIL PROCEDURE, this case may be dismissed. Accordingly, it is hereby,

ORDERED AND ADJUDGED that the plaintiffs properly serve the defendants in accordance with Rule 4 of the FEDERAL RULES OF CIVIL PROCEDURE.

IT IS FURTHER ORDERED that the clerk of court mail the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service as well as the copies of the complaint which were placed in the court file to plaintiff Mayberry at his last known address because he signed the Notice of Lawsuit and Request for Waiver of Service of Summons.

This the 4th day of October, 2006.

 s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE