IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OLIVER AUGUSTA MAYBERRY, II
CONSWELLA FAIR                                                                                         PLAINTIFFS

VERSUS                                                            CIVIL ACTION NO. 5:06cv122-DCB-MTP

GWENDOLYN BOZEMAN, UNKNOWN
SMITH, and UNITED STATES OF AMERICA                                                DEFENDANTS

### FINAL ORDER OF DISMISSAL

This cause comes before the Court on a Motion for Voluntary Dismissal [39] filed by plaintiffs. Defendants have filed a Response [40] stating that they do not oppose the motion to dismiss, and the court finds that this matter should be dismissed without prejudice in accordance with Rule 41(a).

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed without prejudice as to all parties.

SO ORDERED AND ADJUDGED this the 15th day of May, 2008.

s/ David Bramlette
United States District Judge